**No. 63687.**—L. H. Graves, a/c C. H. Harden & Son, Inc. *v.* United States, protests 313333–K, etc. (Brownsville).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

**No. 63688.**—New York Merchandise Co., Inc., et al. *v.* United States, protests 58/23304, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiffs was sustained.

**No. 63689.**—Quon Quon Company *v.* United States, protests 272397–K, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of kleenex box covers similar in all material respects to those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim at 16⅔ percent under the provision in paragraph 412, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476), for other manufactures of wood, not specially provided for, was sustained. The items marked "B," stipulated to consist of rattan flower cages the same as those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 181, C.D. 2039), were held dutiable at 45 percent under paragraph 409 of the tariff act as rattan articles.

**No. 63690.**—Carbic Color & Chemical Co., Inc. *v.* United States, protests 59/11644 and 59/17478 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise does not contain ethyl alcohol and that the issue is similar to that in *United States* v. *Sandoz Chemical Works, Inc.* (46 C.C.P.A. 115, C.A.D. 711), the claim of the plaintiff was sustained.